[No. 45061-1-I.   Division One.   September 4, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY LEE
SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-03013-7, Brian D. Gain, J., entered July
19, 1999. *Affirmed* by unpublished opinion per Appelwick,
J., concurred in by Coleman and Kennedy, JJ.


[No. 45493-5-I.   Division One.   September 4, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. GLENN GARY
EVANS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-1-04916-9, Nicole MacInnes, J., entered
October 7, 1999. *Affirmed* by unpublished per curiam opin-
ion.


[No. 45589-3-I.   Division One.   September 4, 2001.]

THE COMMERCE BANK OF WASHINGTON, N.A., *Respondent*, v.
PETER N. ALLISON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 97-2-31370-8, Philip G. Hubbard, Jr., J., en-
tered August 27, 1999. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Webster and Kennedy, JJ.


[Nos. 45658-0-I; 45957-1-I.   Division One.   September 4, 2001.]

MUKLES AL-GHARIB, ET AL., *Appellants*, v. WALID AL-KHEYAT,
*Respondent*.

Appeals from a judgment of the Superior Court for King
County, No. 98-2-15389-0, Robert H. Alsdorf, J., entered
October 25, 1999. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Baker and Ellington, JJ.